**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Chriso's Tree Trimming, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **2020-11934** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **June 16, 2020** | X **/s/ Aida Del Villar** |
| | | Signature of individual signing on behalf of debtor |
| | | **Aida Del Villar** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF CALIFORNIA

Case number (if known)        **2020-11934**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................   $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $ _____**91,990.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $ _____**91,990.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ _____**130,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ _____**103,289,838.05**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b        $ _____**103,419,838.05**

**Fill in this information to identify the case:**

Debtor name     **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2020-11934**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Debtor **Chriso's Tree Trimming, Inc.**          Case number *(If known)* **2020-11934**
_____
Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **Miscellaneous Tree Trimming Tools (climing belts, sets of spikes, ropes, reaging ropes, carabiners, climbing lines, ladders, come-along, fire suppression pumps, McCleods, shovels, block).** | $0.00 | | $1,000.00 |

| | | | |
|---|---|---|---|
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| $1,000.00 |

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desk** | $0.00 | | $40.00 |
| **Computer and printer** | $0.00 | | $50.00 |

40. **Office fixtures**

Debtor    **Chriso's Tree Trimming, Inc.**                 Case number *(If known)* **2020-11934**
        Name

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42. Copy the total to line 86.               **$90.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No. Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1998 GMC-Flatbed; VIN: 1GDJ7H1C8WJ518122; PLATE: 53446Y1** | **$0.00** | | **Unknown** |
| 47.2.   **1998 International; Chip Truck; VIN: 1HTSCABR2WH501907 ; PLATE: 8W08945** | **$0.00** | | **Unknown** |
| 47.3.   **1999 GMC; Bucket Truck; VIN: 1GDL7H1D8XJ508810 ; PLATE: 8J43746** | **$0.00** | | **Unknown** |
| 47.4.   **2000 GMC; Pickup: VIN: 1GDM7H1C6YJ527045 ; PLATE: 6V36620** | **$0.00** | | **Unknown** |
| 47.5.   **2001 Ford; F650 Super Duty; VIN: 3FDNF65A41MA37202; PLATE: 6R82062** | **$0.00** | | **Unknown** |
| 47.6.   **2003 International; 4400; VIN: 1HTMKAAN33H549633; PLATE: 34720Z1** | **$0.00** | | **Unknown** |
| 47.7.   **2005 GMC Savana 3500; VIN: 1GJHG39U151210607; PLATE: 6VLM427** | **$0.00** | | **Unknown** |
| 47.8.   **2006 GMC; C7500; VIN: 1GDL7C1G06F415410; PLATE: 84539D2** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Chriso's Tree Trimming, Inc.**                    Case number *(If known)* **2020-11934**
          Name

| | | | | |
|---|---|---|---|---|
| 47.9. | **2006 Dodge Ram 1500; VIN: 1D7HA16K46J135196; PLATE: 8C18443** | **$0.00** | | **Unknown** |
| 47.10. | **2007 FRHT; Grapple Truck; VIN 1FVDCXDC67HX81855; PLATE: 81586A2** | **$0.00** | | **Unknown** |
| 47.11. | **2007 Brush; Chip Truck; VIN: 4FMUS14187R005822; PLATE: 4JY2689** | **$0.00** | | **Unknown** |
| 47.12. | **2009 Kenworth T800; VIN: 1NKTL50X99J244884; PLATE: 23516EZ** | **$0.00** | | **Unknown** |
| 47.13. | **2009 Ford F150 Super Cab Pickup; VIN: 1FTRX12V09KB98906; PLATE: 57817A2** | **$0.00** | | **Unknown** |
| 47.14. | **2009 Chevrolet Silverado 2500HD Extended Cab; VIN: 1GCHK49K69E102315; PLATE: 17390W1** | **$0.00** | | **Unknown** |
| 47.15. | **2011 Dodge Ram 1500 Quad Cab; VIN: 1D7RV1GTXBS697771; PLATE: 82281C1** | **$0.00** | | **Unknown** |
| 47.16. | **2011 Ford F150 Super Cab Pickup; 1FTEX1CM8BFC94138; PLATE 57473A2** | **$0.00** | | **Unknown** |
| 47.17. | **2018 Western Star Truck** | **Unknown** | | **$90,000.00** |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Four MS 201 Saws** | **$0.00** | | **$500.00** |
| | **Miscellaneous Tools: 2 Come-along, 3 Fire Suppression Pumps, 2 Mcleod's, 6 Shovels and 1 Block.** | **$0.00** | | **$400.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | **$90,900.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **Chriso's Tree Trimming, Inc.**       Case number *(If known)* **2020-11934**
Name

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number *(If known)* | **2020-11934** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $90.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $90,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,990.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $91,990.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2020-11934**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**  **BMO Harris Bank**

Creditor's Name

**P.O. Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3827**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Western Star Truck Loan**

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | Column A | Column B |
|---|---|---|---|
| | | **$130,000.00** | **$90,000.00** |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$130,000.00**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **2020-11934**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number (if known) | **2020-11934** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,858.24**

**Allstate Insurance Company**
c/o Shroeder Loscotoff LLP
7410 Greenhaven Drive
Suite 200
Sacramento, CA 95831

Date(s) debt was incurred  12/12/2018

Last 4 digits of account number  9516

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Negligence Litigation

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Construction Laborers Trust Funds**
c/o Reich Adell & Cvitan
Peter A. Hutchinson, Esq.
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010-2421

Date(s) debt was incurred  2/7/2018

Last 4 digits of account number  0929

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Default Judgment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Fire Insurance Exchange**
c/o Berger Kahn, a Law Corp.
1 Park Plaza
Suite 340
Irvine, CA 92614-8516

Date(s) debt was incurred  12/5/2018

Last 4 digits of account number  9459

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Complaint in Subrogation

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mountain F. Enterprises, Inc.**
Stanzler Law Group
Jordan S. Stanzler
390 Bridge Parkway, Suite 220
Redwood City, CA 94065

Date(s) debt was incurred  3/4/2020

Last 4 digits of account number  6779

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Complaint for Declaratory Relief

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Navigators Insurance Company**
c/o Kevin Fomasi Kieffer Troutman
Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

Date(s) debt was incurred  1/24/2020

Last 4 digits of account number  0132

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subrogation Complaint

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,254.11**

**Quinn Rental Services, Inc.**
c/o Law Offices of Raymond A. Policar
PO Box 74093
114 E Street
Davis, CA 95617-5093

Date(s) debt was incurred  11/13/2018

Last 4 digits of account number  1124

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Court Judgement

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number (if known) | **2020-11934** |
|---|---|---|---|
| | Name | | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531,657.09 |
|---|---|---|
| Scottsdale Insurance Company<br>c/o Law Offices of Jeffrey C. Sparks<br>229 Avenue "I", Second Floor<br>Redondo Beach, CA 90277 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **5/14/2018** | Basis for the claim: **Complaint in Subrogation** | |
| Last 4 digits of account number **7865** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,488,974.30 |
|---|---|---|
| State Farm General Insurance Co.<br>c/o Grotefeld, Hoffman, Gordon, Ochoa<br>& Evinger LLP<br>700 Larkspur Landing Cir., Suite 280<br>Larkspur, CA 94939 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **6/18/2019** | Basis for the claim: **Complaint in Subrogation** | |
| Last 4 digits of account number **1384** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,670.70 |
|---|---|---|
| Sunbelt Rentals, Inc.<br>c/o Law Offices of Raymond A. Policar<br>PO Box 74093<br>114 E Street<br>Davis, CA 95617-5093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **5/10/2018** | Basis for the claim: **Equipment Rentals** | |
| Last 4 digits of account number **1124** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,233,764.00 |
|---|---|---|
| Travelers Commercial Insurance Co.<br>c/o Bauman Loewe Witt & Maxwell PLLC<br>8765 E. Bell Road, Suite 210<br>Scottsdale, AZ 85260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/24/2018** | Basis for the claim: **Complaint in Subrogation** | |
| Last 4 digits of account number **9152** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,223,764.00 |
|---|---|---|
| Travelers Prop. Casualty Co. of America<br>c/o Bauman Loewe Witt & Maxwell PLLC<br>8765 E Bell Road<br>Suite 210<br>Scottsdale, AZ 85260-2000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/24/2018** | Basis for the claim: **Complaint in Subrogation** | |
| Last 4 digits of account number **9152** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,674,895.61 |
|---|---|---|
| U.S. Department of Justice<br>U.S. Attorney McGregor W. Scott<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/12/2020** | Basis for the claim: **Negligence Complaint** | |
| Last 4 digits of account number **7698** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | **Chriso's Tree Trimming, Inc.** | | Case number (if known) | **2020-11934** |
|---|---|---|---|---|

Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cannon Law Group**<br>**R. Lane Jensen, Esq.**<br>**53 S. 600 E**<br>**Salt Lake City, UT 84102** | Line **3.9**<br><br>☐ Not listed. Explain ____ | **0490** |
| 4.2 | **Cannon Law Group**<br>**53 S. 600 East**<br>**Salt Lake City, UT 84102** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **0490** |
| 4.3 | **Delaware North Companies Incorp.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.4 | **Endurance Worldwide Insurance Limited**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.5 | **Foremost Ins. Co. Grand Rapids, Michigan**<br>**c/o Berger Kahn, a Law Corp.**<br>**1 Park Plaza**<br>**Suite 340**<br>**Irvine, CA 92614-8516** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **9459** |
| 4.6 | **Foremost Property & Casualty Ins. Co.**<br>**c/o Berger Kahn, a Law Corp.**<br>**1 Park Plaza**<br>**Suite 340**<br>**Irvine, CA 92614-8516** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **9459** |
| 4.7 | **Houston Casualty Company**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.8 | **Ironshore Specialty Ins. Co.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.9 | **Law Offices of Raymon A. Policar**<br>**P.O. BOX 74093**<br>**Davis, CA 95617** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Lexington Insurance Co.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.11 | **Lloyd's Syndicate 1183-Talbot Underwrtng**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number (if known) | **2020-11934** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **Lloyd's Syndicate 1886-QBE**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.13 | **Lloyd's Syndicate 3334-Hamilton U.L.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.14 | **Mid-Century Insurance Company**<br>**c/o Berger Kahn, a Law Corp.**<br>**1 Park Plaza**<br>**Suite 340**<br>**Irvine, CA 92614-8516** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **9459** |
| 4.15 | **Philadelphia Insurance Company**<br>**c/o Bauman Loewe Witt & Maxwell PLLC**<br>**8765 E Bell Road**<br>**Suite 210**<br>**Scottsdale, AZ 85260-2000** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **9152** |
| 4.16 | **RSUI Indemnity Company**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.17 | **Steadfast Insurance Co.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |
| 4.18 | **Travelers Indemnity of CT**<br>**c/o Bauman Loewe Witt & Maxwell PLLC**<br>**8765 E Bell Road**<br>**Suite 210**<br>**Scottsdale, AZ 85260-2000** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **9152** |
| 4.19 | **Travelers Insurance Co. of America**<br>**c/o Bauman Loewe Witt & Maxwell PLLC**<br>**8765 E Bell Road**<br>**Suite 210**<br>**Scottsdale, AZ 85260-2000** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **9152** |
| 4.20 | **Travelers Prop. Casualty Co. of America**<br>**c/o Bauman Loewe Witt & Maxwell PLLC**<br>**8765 E Bell Road**<br>**Suite 210**<br>**Scottsdale, AZ 85260-2000** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **9152** |
| 4.21 | **Westport Insurance Co.**<br>**c/o Grotefeld, Hoffman, Gordon, Ochoa**<br>**& Evinger LLP**<br>**700 Larkspur Landing Cir., Suite 280**<br>**Larkspur, CA 94939** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **1384** |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Chriso's Tree Trimming, Inc.**
Name

Case number (*if known*)    **2020-11934**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**

**5b. Total claims from Part 2**

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

| | Total of claim amounts |
|---|---|
| 5a.   $ | **0.00** |
| 5b.   +   $ | **103,289,838.05** |
| 5c.   $ | **103,289,838.05** |

**Fill in this information to identify the case:**

Debtor name     **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     **2020-11934**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
 ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
 ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name          **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          **2020-11934**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ City _____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ City _____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ City _____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ City _____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **Chriso's Tree Trimming, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2020-11934**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$306,987.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$2,675,263.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Chriso's Tree Trimming, Inc.**                           Case number *(if known)* **2020-11934**

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Construction Laborers Trust Funds of Southern California Administrative Company v. Chriso's Tree Triming 2:18-cv-00929-AB (RAOx)** | **Collection** | **Central District of California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **The Railroad Fire JAMS Reference 1100107698** | **Negligence claim for fire damage** | **In Mediation with JAMS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Quinn Rental Services, Inc. v. Chriso's Tree Trimming BCV-18-101124** | **Complaint for Breach of Agreement** | **Kern County Superior Court 1415 Truxtan Avenue Bakersfield, CA 93301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Mountain F. Enterprises, Inc. v. Hamilton Specialty Insurance Company, et al. 34-2020-00276779** | **Complaint for Declaratory Relief** | **Sacramento County Superior Court 720 9th Street Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor　**Chriso's Tree Trimming, Inc.**　　　　　　　Case number *(if known)* **2020-11934**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Navigators Insurance Company v. Chriso's Tree Trimming**<br>**20-CV-00132** | **Complaint for Declaratory Relief** | **US District Court Eastern Dist. of CA**<br>**2500 Tulare Street, Room 1501**<br>**Fresno, CA 93721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Allstate Insurance Company v. Pacific Gas and Electric Company, et al.**<br>**MCV079516** | **Complaint In Subrogation** | **Madera County Superior Court**<br>**200 South "G" Street**<br>**Madera, CA 93637** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Travelers Commercial Insurance Company et al v. Pacific Gas and Electric Company et al.**<br>**MCV079152** | **Complaint In Subrogation** | **Madera County Superior Court**<br>**200 South "G" Street**<br>**Madera, CA 93637** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Scottsdale Insurance Company v. Pacific Gas & Electric Company, et al.**<br>**MCV077865** | **Complaint In Subrogation for Damages** | **MCV077865**<br>**200 South "G" Street**<br>**Madera, CA 93637** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **State Farms General Insurance Co. v. Mountain F. Enterprises, Inc., et al.**<br>**MCV081384** | **Complaint In Subrogation for Negligence** | **Madera County Superior Court**<br>**200 South "G" Street**<br>**Madera, CA 93637** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

　■ None

**Part 4:　Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

　■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:　Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

　■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:　Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Debtor    **Chriso's Tree Trimming, Inc.**                          Case number *(if known)* **2020-11934**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raimondo & Associates** **7110 N. Marks Ave, Suite 104** **Fresno, CA 93711** | **Attorney Fees** | | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Chriso's Tree Trimming, Inc.**                          Case number *(if known)*  **2020-11934**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo 5401 California Avenue Bakersfield, CA 93309** | **XXXX-9491** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2020** | **$600.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number *(if known)* **2020-11934** |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Decision HR (PEO)**<br>**11101 Rooselvelt Blvd. North**<br>**Saint Petersburg, FL 33716** | **2017-2018** |
| 26a.2.   **Sandra Olmedo**<br>**Tax Tree Services**<br>**6433 Brundage Lane, Suite 3**<br>**Bakersfield, CA 93307** | **Last two years** |

Debtor    **Chriso's Tree Trimming, Inc.**      Case number *(if known)* **2020-11934**

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Allied Employer Group (PEO)**<br>**4400 Buffalo Gap Rd**<br>**Abilene, TX 79606** | **2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Decision HR (PEO)**<br>**11101 Rooselvelt Blvd. North**<br>**Saint Petersburg, FL 33716** | |
| 26c.2.   **Allied Employer Group (PEO)**<br>**4400 Buffalo Gap Rd**<br>**Abilene, TX 79606** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aida Del Villar** | **12712 Dove Creek Drive**<br>**Bakersfield, CA 93312** | **CEO and Sole Shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **Chriso's Tree Trimming, Inc.** | Case number *(if known)* | **2020-11934** |
|---|---|---|---|

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2020**

| **/s/ Aida Del Villar** | **Aida Del Villar** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re    **Chriso's Tree Trimming, Inc.**        Case No.    **2020-11934**
                             Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **5,000.00** |
   | Prior to the filing of this statement I have received | $ | **5,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify):    **Parents of Sole Shareholder**

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<div style="border:1px solid black;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 16, 2020**                  **/s/ James D. Miller**
*Date*                                  **James D. Miller**
                                          *Signature of Attorney*
                                          **Raimondo & Associates, a Law Corporation**
                                          **7110 N. Marks Avenue**
                                          **Suite 104**
                                          **Fresno, CA 93711**
                                          **(559) 432-3000  Fax: (559) 432-2242**
                                          **jdm@raimondoassociates.com**
                                          *Name of law firm*

</div>